IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| ANTHONY P. LANE, | * |
| | * |
| Plaintiff, | * |
| | * |
| vs. | *   No. 4:08CV0022 SWW |
| | * |
| JACKSON E. DYE, ET AL., | * |
| | * |
| Defendants. | * |

**Order**

Before the Court is plaintiff's motion to set aside the Order and Judgment entered January 14, 2008, dismissing his complaint.[1] Plaintiff cites Fed.R.Civ.P. 60(b) but offers no reason why the Court should grant his motion.

IT IS THEREFORE ORDERED that the motion to set aside [docket entry 14] is denied.

DATED this 19th day of August 2008.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE

---

[1] On March 6, 2008, the Eighth Circuit Court of Appeals dismissed plaintiff's appeal because it was untimely.